USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/26/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UTILITY PROGRAM AND METERING II,  :
INC. d/b/a UTILIVISOR,            :
                                 :
                   Plaintiff,    :        1:20-cv-4845-GHW
      -against-                  :
                                 :             ORDER
  AUTOMATED LOGIC CONTROLS,       :
                                 :
                   Defendant.    :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference scheduled for September 3, 2020 at 2:00 p.m., *see* Dkt. No. 8

will be conducted by telephone.  The parties are directed to the Court's Emergency Rules in Light of

COVID-19, which are available on the Court's web page, for the dial-in number and access code

and other relevant information.  The parties are specifically directed to comply with Rule 2(C) of

those rules.

Counsel for Plaintiff is directed to serve a copy of this order on Defendant, and to retain

proof of service.

SO ORDERED.

Dated:  August 26, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge