```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/28/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UTILITY PROGRAM AND METERING II,      :
INC. d/b/a UTILIVISOR,                :
                                      :
                          Plaintiff,  :          1:20-cv-4845-GHW
          -against-                   :
                                      :              ORDER
AUTOMATED LOGIC CONTROLS,             :
                                      :
                          Defendant.  :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

        In the order scheduling the initial pretrial conference in this matter, the parties were directed

to submit a joint letter via ECF and to email a joint proposed Case Management Plan and

Scheduling Order to Chambers by no later than August 27, 2020.  Dkt. No. 8.  The Court has not

received the parties' submissions.  The parties are directed to submit their joint letter via ECF and to

email their joint proposed Case Management Plan to Chambers forthwith, and in no event later than

August 31, 2020.

        Plaintiff is directed to serve a copy of this order on Defendant, and to retain proof of

service.

        SO ORDERED.

Dated:  August 28, 2020                    _____
New York, New York                              GREGORY H. WOODS
                                             United States District Judge